## Commonwealth *v.* McKee, Appellant.

Submitted June 13, 1969.

744

*Saul L. Friedman* and *E. Gerald Riesenbach,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.